**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                   **CASE NO. 8:07-CR-0030-T-30EAJ**

**HUMBERTO PALANECIA-VACA**
_____/

## REPORT AND RECOMMENDATION

Before the court is Defendant's **Motion for Leave to Appeal In Forma Pauperis** (Dkt. 133).[1]  After Defendant pled guilty to possessing narcotics, he was sentenced to 135 months in prison.  Defendant's judgment of conviction was entered July 20, 2007 (Dkt. 87).  Almost three years later, Defendant seeks to directly appeal that judgment without paying filing fees.

Rule 4(b)(1)(A), Fed. R. App. P., provides that, in a criminal case, "a defendant's notice of appeal must be filed in the district court within 14 days after the later of: (i) the entry of either the judgment or the order being appealed; or (ii) the filing of the government's notice of appeal."  The time to file a notice of appeal may be extended "for a period not to exceed 30 days" upon a finding of good cause or excusable neglect.  Rule 4(b)(4), Fed. R. App. P.  The deadline set forth in Rule 4 is "jurisdictional and strictly applied."  United States v. Phillips, 225 F.3d 1198, 1199 (11th Cir. 2000).

This court is not authorized to extend the deadline for Defendant's direct appeal beyond the deadline prescribed by Rule 4.  See United States v. Brown, 192 F. App'x 942, 943-44 (11th Cir. 2006) (per curiam) (unpublished).  Liberally construing Defendant's appeal as brought pursuant to 28 U.S.C. § 2255, the one-year deadline for filing a § 2255 motion has expired and Defendant

---

[1] Defendant's affidavit of indigency is construed as a motion for leave to appeal in forma pauperis.

articulates no reason why the limitations period should be tolled. See id. Because Defendant's appeal faces dismissal for untimeliness, Defendant is not entitled to in forma pauperis status.

Accordingly and upon consideration, it is **RECOMMENDED** that:

(1)     Defendant's Motion for Leave to Appeal In Forma Pauperis (Dkt. 133) be **DENIED**; and

(2)     Defendant's direct appeal be dismissed as untimely.

**Date: June 23, 2010**

ELIZABETH A JENKINS
United States Magistrate Judge

### NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. § 636(b)(1).

Copies to:
Pro Se Defendant
Counsel of Record
District Judge